# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

DAVID TERRENCE STEPHENS,

    Plaintiff,

v.                                    CASE NO. 4:17cv148-RH/GRJ

JOHNSON et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 15, and the objections, ECF No. 18. I have reviewed de novo the issues raised by the objections.

As noted in the report and recommendation, the plaintiff has at least three "strikes" under 28 U.S.C. § 1915(g) and has not adequately alleged facts indicating that he is in imminent danger of serious physical injury. The plaintiff therefore cannot proceed *in forma pauperis*. Accordingly,

    IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The motion for leave to proceed in forma pauperis, ECF No. 19, is denied. The clerk must enter judgment stating, "The complaint is dismissed without prejudice." The clerk must close the file.

SO ORDERED on June 20, 2017.

s/Robert L. Hinkle<br>
United States District Judge